COURT OF APPEALS OF VIRGINIA

Present: Judges Alston, Chafin and Senior Judge Haley

UNITED PARCEL SERVICE, INC. AND
 LIBERTY INSURANCE CORPORATION

MEMORANDUM OPINION[*]
v.      Record No. 1908-15-4      PER CURIAM
APRIL 5, 2016

ANITA HALL

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Patricia C. Arrighi; PennStuart, on brief), for appellants.

(M. Thomas McWeeny; Koonz, McKenney, Johnson, DePaolis &
Lightfoot, L.L.P., on brief), for appellee.

United Parcel Service, Inc. and Liberty Insurance Corporation (collectively "employer")

appeal a decision of the Workers' Compensation Commission finding the current treatment for

the left shoulder of Anita Hall (claimant) was causally related to the compensable work accident.

Employer contends the "Commission erred when it reversed the finding by the Deputy

Commissioner and awarded benefits to claimant for a left shoulder injury which was previously

denied."

We have reviewed the record and the Commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the Commission in its final

opinion. See Hall v. United Parcel Serv., VWC File No. VA00000658693 (Nov. 3, 2015). We

dispense with oral argument and summarily affirm because the facts and legal contentions are

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>